IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-01239-WDM-KMT

SHERRY HUNSUCKER,

    Plaintiff,

v.

REGIONAL ADJUSTMENT BUREAU, INC.,

    Defendant.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

    This matter is before me on the stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 14) filed by the parties. I take judicial notice that the complaint is dismissed with prejudice, each party his, her, or its own attorneys' fees and costs.

    DATED at Denver, Colorado, on October 5, 2010.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL